NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM KREEGAR and JANICE
KREEGAR,

        Appellants,

v.

NAPLES ESTATES LIMITED
PARTNERSHIP,

        Appellee.

Case No.  2D19-3520

Opinion filed September 23, 2020.

Appeal from the Circuit Court for Collier
County; Joseph G. Foster, Judge.

Donald E. Christopher of Baker Donelson
Bearman Caldwell & Berkowitz, PC,
Orlando, for Appellants.

J. Allen Bobo and Jody B. Gabel of Lutz,
Bobo & Telfair, P.A., Sarasota, for
Appellee.


PER CURIAM.


        Affirmed.


SILBERMAN, SLEET, and LUCAS, JJ., Concur.